UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VALERIE BUFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-CV-00157-SEB-TAB |
| COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

### Supplemental Declaration of Valerie Buford

Valerie Buford, being duly sworn, says that:

1. This Declaration is intended as a supplement to the one I filed earlier in this action.

2. I have reviewed the documents entitled "Email Terms of Use" and "Email Terms of Service" that are attached to the response in opposition to my preliminary injunction request.

3. It is entirely possible that I clicked on a computer screen approving these terms when I initiated my J-Pay account, but I have no recollection of agreeing to these terms.

4. After my lawyer informed me about the arguments being made by the Department of Correction in opposition to my preliminary injunction request I called J-Pay to find out if I had broken any rules by posting my brother's videogram on Facebook. I was told that once I received something through J-Pay it was "mine" and I could do anything I wanted with it, including sharing it on social media.

### Verification

I verify under the penalties of perjury that the foregoing representations are true.

Executed on: 4/16/15
           DATE

1 | Page

_____
VALERIE BUFORD

Prepared by:

Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Michigan St.
Indianapolis, IN 46202