UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VALERIE BUFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-00157-SEB-TAB |
| ) | |
| COMMISSIONER, INDIANA ) | |
| DEPARTMENT OF CORRECTION in his ) | |
| official capacity, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON FEBRUARY 24, 2016, SETTLEMENT CONFERENCE**

Plaintiff appeared telephonically and by counsel and Defendant appeared in person and by counsel February 24, 2016, for a settlement conference. Settlement discussions were held and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 60 days.

Date: 2/24/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email